UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

DELMAN AMARILDO FUENTES, et al.,

        Plaintiff

-against-                          20 Civ. 3925 (OTW)

HIGHGATE CLEANERS INC., et al.,        <u>ORDER TO STRIKE</u>

        Defendants

_____

        The Court respectfully directs the Clerk of Court to strike document number 36 from the docket. The Court will be holding a Status conference, not a settlement conference.

Dated: June 10, 2021

        New York, New York

                                          SO ORDERED:

                                          _____

                                                          U.S.M.J.