UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
DELMAN AMARILDO FUENTES,

                Plaintiff,

          -against-

HIGHGATE CLEANERS INC., et al.,

               Defendants.

-------------------------------------------------------------x

20-CV-3925 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

It has been reported that the parties have reached an agreement to settle this matter. (ECF 42). The parties shall file the signed settlement agreement and all documents on the issues of fairness and reasonableness of the settlement under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2nd Cir. 2015) on or before **September 30, 2021**.

    **SO ORDERED.**

Dated: August 26, 2021
       New York, New York

                                       *s/ Ona T. Wang*
                                        **Ona T. Wang**
                             United States Magistrate Judge